UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

U.S.A. vs. Travis Elijah Freeman                                                   Docket No. 5:06-CR-194-1FL

Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Travis Elijah Freeman, who, upon an earlier plea of guilty to 18 U.S.C. §§922(g)(1) and 924, Felon in Possession of a Firearm and Ammunition, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge on October 14, 2008, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Travis Elijah Freeman was released from custody on July 14, 2015, at which time the term of supervised release commenced.

On September 18, 2015, the conditions of release were modified to include 5 days incarceration after the defendant tested positive for cocaine on August 13 and 24, 2015, and signed admissions admitting to their use.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for cocaine on December 1, 2015. The defendant is still in our Surprise Urinalysis Program, and is still attending counseling for dual diagnosis counseling with our local treatment provider. Additionally he is attending Cognitive Behavioral Therapy classes in an effort to work on his decision making skills. It is recommended that the defendant serve 10 days incarceration for his drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 10 days, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert K. Britt | /s/ Mindy L. Threlkeld |
| Robert K. Britt | Mindy L. Threlkeld |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2539 |
| | Executed On: December 22, 2015 |

**Travis Elijah Freeman**
**Docket No. 5:06-CR-194-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this __22nd__ day of __December__, 2015 and ordered filed and made a part of the records in the above case.

_/s/ Louise W. Flanagan_

Louise W. Flanagan
U.S. District Judge